IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AS-1539 <br><br> David Brown <br><br> 1000 Follies Road <br> Name of Plaintiff(s) <br><br> v. <br><br> United States; Comm of Penn; Phila County; Joseph F. Dougherty; Patrick; Harvey; Grady Blackburn; Joseph Britt; Albert Maaha; John O'Leary & Michael Lorenzo, et al., <br><br> Name of Defendant(s) | Civil Case No. <br><br><br> Judge <br><br> (Number and Judge to be assigned by court) |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __x__   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and Deduction of sums of $350.00 has been paid in full.

2. __x__   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. § 1915(b).

3. _____   Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which Relief may be granted?   Yes _____   No __x__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious Physical injury?
   Yes _____   No _____

5

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution?  Yes _____  No __x__

   (b) If yes, what is your monthly compensation?  $____n/a_____

5. Do you own any cash or other property; have a bank account; or receive money from any

   Source?  Yes _____  No __x__

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __12/6/07__                              _____[signature]_____
                (Date)                                (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

6

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __David Brown, AS-1539__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Eastern District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b).

This authorization is furnished in connection with the filing of civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __12/6/07__

_____
Signature of Prisoner

7